AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CHRISTIAN LEITCH, JERRELL SAMUELS, ABRIL VITTE-RUIZ, on behalf of themselves and on behalf of others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> AMAZON SERVICES COM LLC f/k/a AMAZON SERVICES COM INC. <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* AMAZON SERVICES COM LLC f/k/a AMAZON SERVICES COM INC.
410 TERRY AVE
NORTH SEATTLE, WA 98109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert Wisniewski, Esq.
ROBERT WISNIEWSKI P.C.
17 State Street, Suite 820
New York, NY 10004
Tel. (212) 267-2101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*