UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTIAN LEITCH, et al.,
                        Plaintiffs,

                    22 Civ. 6121 (LGS)

             -against-

                    ORDER

AMAZON SERVICES COM LLC,
                        Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated August 1, 2022, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference;

      WHEREAS, the initial pretrial conference is currently scheduled for September 21, 2022, at 4:20 P.M.;

      WHEREAS, Defendant has not appeared, and Plaintiffs have not filed proof of service on the docket;

      WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan; it is hereby

      **ORDERED** that if Plaintiffs have been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **September 16, 2022**, at **noon**. If Plaintiffs have not been in communication with Defendant, Plaintiffs shall file a status letter regarding efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than **September 16, 2022**, at **noon**.

Dated: September 14, 2022
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE