**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

September 16, 2022

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
  *VIA ECF*

    Re: Leitch et al. v. Amazon Services Com LLC
      <u>SDNY Docket No.: 22-cv-06121-LGS</u>

Dear Judge Schofield,

  I represent Plaintiffs in the above-referenced case. I am filing this letter motion in response to Your Honor's Order, dated September 15, 2022. For the reasons that follow, I respectfully request that Your Honor move the conference to a date after November 15, 2022. Please be kind to excuse the late filing of this motion, which was occasioned by my medical problems.

  I have not yet served the complaint on Defendant because I will be amending the complaint as of right to clarify certain factual assertions and to add other plaintiffs who worked at Amazon's another warehouse and who wish to join the instant lawsuit as they have the same wage and hour claims as Plaintiffs herein. I have been unable to amend the complaint yet because the plaintiffs are in the process of retaining me. This has taken longer than anticipated because of scheduling problems in the past several weeks due to my health issues and one of the putative plaintiffs' move out of state. I believe that this process will conclude early next week and I will be able to file an amended complaint by next Friday, September 23, 2022. I also believe that I will be able to serve process on Amazon within the ninety (90) days allowed by the Fed. R. Civ. P. 4, that is before October 20, 2022. I belive that amending the complaint as of right as opposed to waiting for Amazon's answer will be the most expeditious way of dealing with this situation.

  Wherefore, I respectfully request that Your Honor move the scheduling conference to a date after November 15, 2022.

Respectfully,

*/s/ Robert Wisniewski*
Robert Wisniewski

Application GRANTED. The initial pretrial conference scheduled for September 21, 2022, is adjourned to **November 16, 2022, at 4:20 P.M.** The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order required by the Order at Dkt. No. 4 in advance of the conference is extended to **November 9, 2022, at 12:00 P.M.**

Dated: September 19, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE