# Morgan Lewis

**Sean P. Lynch**
Of Counsel
+1.609.919.6611
sean.lynch@morganlewis.com

December 15, 2022

**VIA ECF**

The Honorable Lorna G. Schofield
United States District Court Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Leitch et al. v. Amazon Services.Com LLC, Case No.: 22-cv-06121-LGS*

Dear Judge Schofield:

We represent Defendant in the above-referenced action. We write on behalf of all parties to request a stay of this matter pending in light of the parties' agreement to pursue mediation in an attempt to resolve the claims at issue.

The parties are working on selecting a mediator and scheduling a mediation session and agree that staying the litigation (including the responsive pleading deadline, the initial conference, discovery and all interim deadlines) would help facilitate settlement discussions. Accordingly, the parties request that the Court stay this action for ninety (90) days to allow for engagement of the mediator, scheduling and completion of the mediation and apprising the Court of the outcome of the mediation.

Thank you for your consideration.

Respectfully submitted,

 */s/ Sean P. Lynch*

Sean P. Lynch

cc:   Robert Wisniewski, Esq.  -  *Counsel for Plaintiffs* (via ECF)

Defendants' deadline to answer, move or otherwise respond to the Complaint is extended to **January 19, 2023**, and the parties' request is otherwise DENIED. In the parties' submissions prior to the initial pretrial conference, the parties can propose discovery deadlines with an eye toward mediation, which will be discussed at the conference if necessary, though the parties are advised that the Court ordinarily does not extend or stay discovery for any alternative dispute resolution.

Dated: December 15, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**

**Morgan, Lewis & Bockius LLP**
502 Carnegie Center
Princeton, NJ 08540                        ☎ +1.609.919.6611
United States                              📠 +1.609.919.6701