```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CHRISTIAN LEITCH, et al.,                                    :
                                    Plaintiffs,              :
                                                             :   22 Civ. 6121 (LGS)
                 -against-                                   :
                                                             :        ORDER
AMAZON SERVICES COM LLC,                                     :
                                    Defendant.               :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on March 15, 2023. It is hereby

**ORDERED** that, by March 20, 2023, the parties shall meet and confer and file a joint letter stating whether Plaintiffs intend to amend their pleadings again and if so, how the pleadings will be amended; whether Defendant intends to move to dismiss and, if so, on what grounds; whether the parties agree to stay discovery related to Plaintiffs' class action allegations for the discrimination claims; whether the parties believe it would be productive to engage in settlement discussions again prior to the filing of any dispositive motions and whether the parties propose either to stipulate to conditional certification of a FLSA collective or to brief conditional certification on an expedited schedule. The parties' letter shall include a proposed schedule for any amended pleadings and/or motions that the parties intend to file.

Dated: March 16, 2023
       New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE