# ROBERT WISNIEWSKI P.C.
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

March 20, 2023

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
    *VIA ECF*

      Re:    Leitch et al. v. Amazon Services Com LLC
             <u>SDNY Docket No.: 22-cv-06121-LGS</u>

Dear Judge Schofield,

    I represent Plaintiffs in this matter. I write jointly with defense counsel to request an extension of the deadline to comply with Your Honor's March 16, 2023 Order (the "<u>Order</u>"), from March 20, 2023 to March 27, 2023. This is the first request of this type and there is no prejudice to any party.

    During the meet and confer conference between counsel that took place on Friday, March 17, 2023, counsel extensively discussed not only the issues they needed to resolve pursuant to the Order but also the possibility of resolving or limiting some of Plaintiffs' claims with a view toward narrowing the case, avoiding motion practice and conserving judicial resources. Counsel concluded that the extra week will allow both sides better to analyze their positions and arguments and provide additional time to attempt to resolve or limit some of Plaintiffs' claims.

    Thank you for your attention to the foregoing.

                                                              Respectfully submitted,

                                                             */s/ Robert Wisniewski*
                                                             Robert Wisniewski

cc: All counsel of record via ECF

Application GRANTED. The parties shall file the joint letter required by the Order at Dkt. No. 42 by **March 27, 2023**.

Dated: March 21, 2023
New York, New York

Page 1 of 1

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE