**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
T EL: (212) 267-2101 • WEB: www.rwapc.com

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
 *VIA ECF*

By **May 31, 2023**, Plaintiffs shall file their response in accordance with the Court's Individual Rule I.D for filing under seal.

So Ordered.

Dated: May 31, 2023
         New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Leitch et al. v. Amazon Services Com LLC
    SDNY Docket No.: 22-cv-06121-LGS

Dear Judge Schofield,

I represent Plaintiffs in the above-referenced case and am filing the instant letter motion to request permission to file Plaintiffs' response to Defendant's pre-motion letter of May 23, 2023 (the "Letter") under seal.

Plaintiffs' letter in response contains four (4) documents as exhibits that Defendant classified as confidential pursuant to the Confidentiality Order entered in this Action. The letter itself contains discussion of these documents.

Consequently, I respectfully request permission to file Plaintiffs' response under seal.

Respectfully submitted,

*/s/ Robert Wisniewski*
Robert Wisniewski