UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LEITCH, et al.,                                             :
                                    Plaintiffs,             :
                                                            :          22 Civ. 6121 (LGS)
            -against-                                       :
                                                            :          ORDER
AMAZON SERVICES COM LLC,                                    :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 30, 2023, Plaintiff filed a letter motion to seal its response to Defendant's request for leave to file a motion for summary judgment;

WHEREAS, the Order dated June 1, 2023, explained that the parties' confidentiality designations are not dispositive of whether the public's right of access to judicial documents overcomes competing considerations, such as the need to protect competitively sensitive information.  *See Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).  The Order permitted Plaintiff to refile its request to seal by June 2, 2023, with an explanation of the basis for the request;

WHEREAS, Plaintiff did not refile its request to seal.  It is hereby

**ORDERED** that the letter motion to seal is DENIED.  The Clerk of Court is respectfully directed to unseal the documents filed at Dkt. No. 70.

Dated: June 5, 2023
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE