UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN LEITCH, JERRELL SAMUELS, ABRIL VITTE-RUIZ, KAMIL ZUREK and THOMAS KAMARA on behalf of themselves and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>AMAZON SERVICES COM LLC f/k/a AMAZON SERVICES COM INC.,<br><br>Defendant. | Civil Action No. 22-cv-6121-LGS<br><br>**DEFENDANT'S NOTICE OF CROSS-MOTION TO STRIKE THE DECLARATION OF PLAINTIFF'S EXPERT HARRI HURSTI** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of its Cross-Motion to Strike the Declaration of Plaintiff's Expert Harri Hursti, and upon all the papers and proceedings previously had herein, Defendant, by and through its attorneys, Morgan, Lewis & Bockius LLP, will move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007, before the Honorable Lorna G. Schofield, United States District Judge, at a time and date to be designated by the Court, for a judgment, pursuant to the Federal Rules of Evidence, to strike the declaration of Plaintiff's expert Harri Hursti.

Dated: June 27, 2023

Plaintiffs shall file a response, not to exceed six pages, by **July 7, 2023**.

So Ordered.

Dated: June 28, 2023
     New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Respectfully submitted,

 /s/ Sean P. Lynch
Sean P. Lynch
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540
Tel: 609.919.6611
sean.lynch@morganlewis.com

Clare Moretti
MORGAN, LEWIS & BOCKIUS LLP

1

101 Park Avenue
New York, NY 10178-0060
Phone: 212.309.6754
clare.moretti@morganlewis.com

*Attorneys for Defendant*