UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
: 
CHRISTIAN LEITCH, JERRELL SAMUELS, : Civil Action No. 22-cv-6121-LGS
ABRIL VITTE-RUIZ, KAMIL ZUREK and :
THOMAS KAMARA on behalf of themselves :
and on behalf of others similarly situated, :
:
      Plaintiffs, : **DEFENDANT'S NOTICE OF CROSS-**
: **MOTION TO STRIKE THE**
  -against- : **DECLARATION OF PLAINTIFF'S**
: **EXPERT HARRI HURSTI**
AMAZON SERVICES COM LLC f/k/a :
AMAZON SERVICES COM INC., :
:
      Defendant. :
------------------------------------------------------------- X

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of its Cross-Motion to Strike the Declaration of Plaintiff's Expert Harri Hursti, and upon all the papers and proceedings previously had herein, Defendant, by and through its attorneys, Morgan, Lewis & Bockius LLP, will move this Court at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, NY 10007, before the Honorable Lorna G. Schofield, United States District Judge, at a time and date to be designated by the Court, for a judgment, pursuant to the Federal Rules of Evidence, to strike the declaration of Plaintiff's expert Harri Hursti.

Dated: June 27, 2023

Respectfully submitted,

/s/ Sean P. Lynch
Sean P. Lynch
MORGAN, LEWIS & BOCKIUS LLP
502 Carnegie Center
Princeton, New Jersey 08540
Tel: 609.919.6611
sean.lynch@morganlewis.com

Clare Moretti
MORGAN, LEWIS & BOCKIUS LLP

---

As the July 25, 2023, Order (Dkt. 104) withdrew Plaintiffs' motion for collective certification, this motion is DENIED as moot without prejudice to renewal if Plaintiff re-files the Hursti Declaration.

The Clerk of Court is respectfully directed to close the motion at Dkt. 87.

Dated: August 9, 2023
      New York, New York

*Lorna G. Schofield*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1