**ROBERT WISNIEWSKI P.C.**
ATTORNEYS-AT-LAW

17 STATE STREET, SUITE 820 • NEW YORK, NY 10004
TEL: (212) 267-2101 • WEB: www.rwapc.com

**MEMO ENDORSED**

October 10, 2023

Hon. Barbara C. Moses, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
   *VIA ECF*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/11/2023__

Re:   Leitch et al. v. Amazon Services Com LLC
      SDNY Docket No.: 22-cv-06121- BCM

Dear Judge Moses,

   I represent Plaintiffs in this matter. For the reasons that follow, this is a joint request for an extension of time for the parties to file a letter respecting continued discovery disputes (the "Letter") from today to Monday, October 16, 2023. All previous requests applications have been granted. There is no prejudice to any party.

   We report that late last week Plaintiffs' expert and Defendants' employee knowledgeable with Amazon's time keeping system did have a discussion which helped Plaintiffs' expert better understand the data that Plaintiffs received as well as the data that still needs to be produced. I subsequently had a conference with Plaintiffs' expert regarding same and, today, I transmitted to counsel for Amazon Plaintiffs' proposal as to what electronic and other data Plaintiffs need. We agreed to hold a meet and confer session with a view to resolving or substanially limiting the discovery dispute and, hopefully, withdrawing Plaintiffs' motion to compel. We just need a few more days to hold the meet and confer session. Counsel for both parties are optimistic that this is the final request for an extension of time regarding the pending motion.

   Wherefore, the parties respectfully request that Your Honor permit them to file the Letter by Monday, October 16, 2023.

Respectfully submitted,

*/s/ Robert Wisniewski*
Robert Wisniewski

cc: All counsel of record via ECF

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
October 11, 2023