UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN LEITCH, et al.,

    Plaintiffs,

-against-

AMAZON SERVICES.COM LLC,

    Defendant.

22-CV-6121 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of the parties' joint status report updating the Court on the status of discovery and outlining the parties' positions regarding plaintiff's request to compel discovery. (Dkt. 125.) Judge Moses will conduct a discovery and scheduling conference on **November 7, 2023, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. It is the Court's practice, where possible, to resolve discovery disputes at the conference, without resort to formal motion practice.

Dated: New York, New York
       October 24, 2023

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**