# Morgan Lewis

**Sean P. Lynch**
Partner
+1.609.919.6611
sean.lynch@morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/6/2023__

**MEMO ENDORSED**

November 6, 2023

**VIA ECF**

The Honorable Magistrate Judge Barbara C. Moses
United States District Court, Southern District of New York
500 Pearl Street, Room 740
New York, New York 10007

Re:   *Leitch et al. v. Amazon Services.Com LLC*, Case No.: 22-cv-06121-LGS/BCM

Dear Judge Moses:

As a follow-up to my discussion with chambers this morning, I write with the consent of Plaintiffs' counsel to respectfully request that the discovery and status conference scheduled for 11 a.m. on November 7, 2023 be adjourned to **10 a.m.** on **November 17, 2023**.

This request is necessary due to the fact that the undersigned is scheduled to be in a previously-scheduled AAA arbitration hearing tomorrow for which several counsel, witnesses and the arbitrator have committed their respective schedules. This is the first request for an adjournment of this conference and there is no prejudice to any party.

We greatly appreciate the Court's consideration in this matter.

Respectfully submitted,

*/s/ Sean P. Lynch*

Sean P. Lynch

cc:   Robert Wisniewski, Esq.

---

Application GRANTED. As a courtesy to the Court and opposing counsel, adjournment requests should be made more than 24 hours in advance where, as here, the conflict must have been known to counsel for some time. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
November 6, 2023

---

**Morgan, Lewis & Bockius LLP**
502 Carnegie Center
Princeton, NJ 08540      ☎ +1.609.919.6611
United States                   📠 +1.609.919.6701