```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
CHRISTIAN LEITCH, et al.,

              Plaintiffs,

       -against-

AMAZON SERVICES.COM LLC,

              Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/6/2024__

22-CV-6121 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

  For the reasons discussed during today's status conference, the case management schedule entered January 5, 2024 (Dkt. 131) is modified as follows:

1. <u>Fact Discovery</u>. Depositions shall be completed no later than **April 19, 2024**. All fact discovery shall be completed no later than **May 3, 2024**.

2. <u>Expert Discovery</u>. All expert discovery shall be completed no later than **June 28, 2024**.

3. <u>Plaintiffs' Motion to Conditionally Certify an FLSA Collective or Rule 23 Class</u>. Plaintiffs shall file any motion for conditional collective or class certification no later than **July 19, 2024**.

4. <u>Status Conference</u>. Judge Moses will conduct a status conference on **May 14, 2024**, at **11:00 a.m.** No later than **May 7, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically.

5. <u>Summary Judgment</u>. No later than **May 17, 2024** (14 days after the close of fact discovery), any party seeking to move for summary judgment shall submit a letter to the Hon. Margaret M. Garnett, United States District Judge, as outlined in Rule II.B.9 of Judge Garnett's Individual Rules and Practices.

Dated: New York, New York
    March 6, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

1