```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN LEITCH, et al.,

        Plaintiffs,

-against-

AMAZON SERVICES.COM LLC,

        Defendant.

22-CV-6121 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Fact discovery is substantially completed. Plaintiffs have advised the Court that they do not intend to move for class or collective certification, or for summary judgment, and that they will advise defendant in writing, no later than May 20, 2024, which of their claims (if any) they intend to withdraw. Defendant has requested an opportunity to review plaintiffs' May 20 communication before determining whether it intends to move for summary judgment. Consequently, as discussed during today's status conference, this Court's scheduling order dated March 6, 2024 (Dkt. 140), is MODIFIED as follows:

1. No later than **May 20, 2024**, plaintiffs shall advise defendant and the Court, in writing, which of their claims they wish to withdraw, and how they propose to do so.

2. No later than **June 4, 2024**, defendant shall submit a letter to the District Judge. If defendant intends to move for summary judgment, the letter must comply with Rule II(B)(9) of Judge Garnett's Individual Rules and Practices. If no party intends to move for summary judgment, the letter must so advise the District Judge and comply with Rule II(A)(7) and with ¶ 7(c) of Judge Garnett's model Civil Case Management Plan and Scheduling Order, available at:

    https://nysd.uscourts.gov/hon-margaret-m-garnett

3. No later than **June 4, 2024**, the parties shall submit a joint letter to the undersigned Magistrate Judge regarding settlement. The letter must advise this Court whether the parties (a) wish to be referred to mediation, (b) wish to participate in a judicially supervised settlement conference, or (c) wish to pursue alternative dispute-resolution efforts, and provide a timeframe for the selected method.

1

2

4. The expert discovery completion date remains **June 28, 2024**.

Dated: New York, New York
May 14, 2024   **SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**