UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN LEITCH, et al.,

        Plaintiffs,

-against-

AMAZON SERVICES.COM LLC,

        Defendant.

22-CV-6121 (MMG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of plaintiffs' representation in their pre-conference settlement letter (submitted to the Court and shared with defendant) that the parties are conducting a settlement discussion on November 15, 2024, the parties must submit a joint status letter, no later than **noon on November 19, 2024**, updating the Court as to the outcome of that discussion.

Dated: New York, New York
       November 15, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

1